UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TONY TERRELL ROBINSON,

    Plaintiff,

v.

R. MORRIS, T.G. WERLICH, LT. SMITH, LT. VAN GRUNDY, UNITED STATES OF AMERICA, and F. VARNEY,

    Defendants.

Case No. 18-cv-164-JPG

# **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that the following claims are dismissed with prejudice:

- Count 1, a First Amendment retaliation claim against defendant R. Morris for terminating plaintiff Tony Terrell Robinson from his job in response to his complaints about a change in the law library hours;

- Count 3, a First Amendment retaliation claim against defendant Lt. Smith for threatening plaintiff Tony Terrell Robinson with a transfer for engaging in protected speech; and

- Count 4, an Eighth Amendment claim against defendants R. Morris and T.G. Werlich for amending policies that forced plaintiff Tony Terrell Robinson to choose between eating his evening meal and accessing the library; and

IT IS FURTHER ORDERED AND ADJUDGED that the following claims are dismissed without prejudice:

- Count 2, a Federal Tort Claims Act claim against the defendant United States of America for retaliatory discharge; and

- All claims in this case against defendants Lt. Van Grundy and F. Varney.

**DATED:    December 23, 2019        MARGARET M. ROBERTIE, Clerk of Court**

**s/Tina Gray, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**